# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

R.T. TALLEY

VERSUS

LOUISIANA DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

NO.  2022 CW 0548

**JUNE 07, 2022**

---

In Re:   Louisiana   Department   of   Transportation   and
         Development,  applying  for  supervisory  writs,  19th
         Judicial  District  Court,  Parish  of  East  Baton  Rouge,
         No. 554579.

---

**BEFORE:   WELCH, THERIOT, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                           **JEW**
                           **MRT**
                           **GH**

COURT OF APPEAL, FIRST CIRCUIT

_q.Sm_
_____
DEPUTY CLERK OF COURT
   FOR THE COURT